**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-07-01593-CV

**GULF COAST BUSINESS DEVELOPMENT CORPORATION, Appellant**

**V.**

**TEXAS HEMATOLOGY/ONCOLOGY CENTER, P.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. 07-08312-B**

## ORDER

The Court **REINSTATES** the appeal.

This appeal has been pending since November 21, 2007. The appeal was abated in 2008 due to the bankruptcy filing of appellee Texas Hematology/Oncology Center, PA (THOC). In response to our October 8, 2013 letter inquiring about the status of the bankruptcy proceedings, on October 18, 2013, we received correspondence from counsel E. Lee Morris stating that appellee's bankruptcy proceeding had concluded and was formally closed on March 20, 2013. On November 7, 2013, we sent the parties a letter stating that a motion to reinstate the appeal should be filed within ten days. We have not received a motion to reinstate, but on November 18, 2013, we received a letter from appellee THOC's counsel stating that the entity was liquidated in bankruptcy and no longer exists.

At the time the appeal was abated, the parties had filed their briefs. Accordingly, we **ORDER** appellant to file, within **TEN DAYS** of the date of this order, either a motion to dismiss the appeal or a motion to maintain the appeal explaining why it should be retained on the Court's docket. No extensions will be granted. If the Court does not receive appellant's motion within the time specified, we will, without further notice, dismiss the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ELIZABETH LANG-MIERS  
          JUSTICE